Brett D. Watson, SBN: 203183
E-Mail: bwatson@pldlawyers.com
Frederick A. Haist, Esq., SBN 211322
Email: fhaist@pldlawyers.com
PALMER, LOMBARDI & DONOHUE LLP
515 South Flower Street, Suite 2100
Los Angeles, California 90071
Phone: (213) 688-0430
Fax: (213) 688-0440

Attorneys for Defendant American Express Bank, FSB (erroneously sued herein as American Express Company)

**IT IS SO ORDERED**
Judge Edward J. Davila
DATED: 10/7/2015

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL CLINE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., ET AL.,<br><br>　　　　Defendants. | Case No. 5:15-cv-04399-EJD<br><br>[Honorable Edward J. Davila]<br><br>**REQUEST AND STIPULATION TO CONTINUE DATE FOR DEFENDANT AMERICAN EXPRESS BANK, FSB'S RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>[New Response Date for Defendant American Express Bank, FSB: October 30, 2015]<br><br>[filed: June 19, 2015] |

　　TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　Defendant American Express Bank, FSB (erroneously sued herein as American Express Company) ("American Express"), and Plaintiff Bill Cline ("Cline") are actively discussing settlement of this case but need additional time to determine wither they can avoid further pleadings through settling the action or whether a response will be necessary.

　　Cline filed his Complaint in state court on June 19, 2015.  Defendant

-2-

1  Experian Information Solutions removed this case to federal court on September 24,
2  2015.  Cline and American Express stipulate that American Express has up to
3  October 30, 2015 to respond to the Complaint.  This extension will not alter any
4  Court set dates.  American Express has not waived any objection to the venue or to
5  the jurisdiction of the court over the person of the defendant, or any other challenge
6  to the complaint or other pleadings in this case.

DATED: September 25, 2015

By ___/s/ Frederick A. Haist___
E. SCOTT PALMER
BRETT D. WATSON
FREDERICK A. HAIST
PALMER, LOMBARDI & DONOHUE LLP
Attorneys for Defendant American Express Bank, FSB (erroneously sued herein as American Express Company)

DATED: September 25, 2015

By ___/s/ Elliot Gale___
ELLIOT GALE
SAGARIA LAW P.C.
Attorneys for Plaintiff Melissa Conklin